# EXHIBIT A

(Offer Letter)

**SSP**
silicones that work

1 Mt Crea... ...Road
Ballston Spa, NY 12...
Main: (518) 885-882b
Fax: (518) 885-4682
www.sspinc.com

March 25, 2019

Jason Savaria

██████████████

Ballston Spa, NY 12020

Dear Jason:

I am extremely pleased to offer you the full-time position of Machine Shop Specialist II with SSP, Inc. ("The Company"), starting on April 09, 2019.

This position reports to me and has an hourly rate of $ ████ per hour, paid weekly every Friday.

Your employment and benefits will all be subject to our company's policies, which may be changed at any time. Your new position includes the following benefits:

- 401K Plan. SSP Team Members are currently allowed to defer up to a total of $19,000 for 2019 of their salary and HEICO matches 50% of the first 6% of the Team Member contribution with HEICO stock. You are eligible to participate in this plan after 1 hour of service.
- Equity Builder: On an annual basis, HEICO may make a discretionary profit-sharing contribution, typically ranging from 0.5%-2.0% of your base salary on a pre-tax basis to your 401K account. No 401K contribution is required to receive this benefit. You are eligible to participate in the equity builder plan after 1000 hours of service.
- SSP CDPHP or MVP Health and Dental Plans, plus a voluntary vision plan – your eligibility to enroll is the first day of the month after completing 60 days
- Term Life Insurance valued at $50,000 (effective after 90 days of employment).
- Short Term Disability insurance (effective after 90 days of employment).
- Long Term Disability insurance (effective after 90 days of employment).
- Personal / Sick Time: 5 days after 90 days of employment. You can take time off without pay during the first 90 days of your employment.
- Vacation Time: 15 days after one full year of employment.

Pre-Employment Drug Testing: Your employment is contingent upon the satisfactory results of our reference checks, background check, drug testing, and employment agreement (if necessary). Information on the required paperwork and testing facility information is provided as an attachment to this offer of employment. *Please report for your drug screening within 4 days (96 hours) of the date of the drug testing paperwork.*

**SSP**

silicones that work

Please note that SSP expects you, and all Team Members, to be respectful of confidential and proprietary information you may have learned at any positions you held prior to the commencement of your employment with SSP. SSP expects you not to take any confidential or proprietary information (in any form) from any former employers and expects you not to use or divulge during the course of your employment with SSP any confidential or proprietary information belonging to any former employers. The information you must not use or disclose from former employers includes, without limitation, financial statements or other financial data, as well as sales, gross margin and customer profitability analysis. Also, if you accept SSP's offer of employment, you must not have discussions with other SSP Team Members at any time regarding your current or former employers' customers, particularly with respect to pricing, profitability, and contracted product lines or part numbers. Please be aware that your failure to abide by SSP's expectations with respect to confidential or proprietary information will result in disciplinary action, up to and including termination of employment. Further, while SSP believes it is within its right to extend to you this offer of employment, if issues arise concerning your employability by SSP, then SSP reserves its right to rescind its offer of employment or immediately terminate your employment.

Jason, we believe this is a great opportunity for you, and look forward to you becoming a member of the SSP team. However, we recognize that you retain the option, as does SSP, of ending your employment with us at any time, with or without notice and with or without cause. As such, your employment with SSP is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time. Should you have any questions please contact me or a representative from our Human Resources Department.

Jason, I will provide you with a 30, 60 & 90 onboarding plan which provides you direction on where to spend your time and where the priorities are for the business. I will review these with you weekly. Our goal is to support you as a new member of the SSP team to fully contribute to the success of SSP, as well as your own professional success.

Enclosed is a copy of our Employee Manual, explaining procedures, benefits and other information. Please feel free to contact Sue Premo or me if you have any questions regarding benefits.

Please notify me in writing of your acceptance of this offer by signing this document below and returning a signed copy to me no later than end of business hours on Friday, March 29, 2019.

Jason, everyone at SSP looks forward to working with you as we move forward in our growth plans. I believe that you will find the environment and culture here to be conducive to the challenges and opportunities you seek. Welcome to SSP!

Sincerely,

Kyle Wright, Engineering Manager
Specialty Silicones Products, Inc.

ACKNOWLEDGED AND AGREED TO:

Jason Savaria

03/26/2019
Date