# EXHIBIT C

(Fraud Policy and Acknowledgment)

**APPENDIX I —**

**HEICO CORPORATION**
**FRAUD POLICY**

## Background

The corporate Fraud Policy is established to facilitate the development of controls that will aid in the detection and prevention of fraud by or against HEICO Corporation including its subsidiaries (the Company). It is the intent of the Company to promote consistent organizational behavior by providing guidelines on the definition, roles and responsibilities and the reporting of fraud.

## Scope of Policy

This policy applies to any irregularity, or suspected irregularity, involving employees as well as shareholders, consultants, vendors, and contractors.

Any investigative activity required will be conducted without regard to the suspected wrongdoer's length of service, position/title, or relationship to the Company.

## Definition of Fraud

Fraud is any intentional act or omission designed to deceive others resulting in the victim suffering a loss and/or the perpetrator achieving a gain. Fraud can be categorized into fraudulent financial reporting, misappropriation of assets, and improper or unauthorized expenditures. Fraud can occur through one or more of the following:

- Fraudulent financial reporting — The intentional manipulation of financial information including financial statements that can lead to:

  a) Inappropriately reported revenues and/or expenses;
  b) Inappropriately reflected balance sheet amounts, including reserves;
  c) Inappropriately improved and/or masked disclosures;
  d) Concealing the misappropriation of assets;
  e) Concealing unauthorized receipts and expenditures; and
  f) Concealing unauthorized acquisition, disposition, and/or use of assets.

- Misappropriation of assets — The misuse or stealing of tangible (cash, inventory) and intangible (proprietary product, customer information) assets that can lead to significant losses to the Company.

- Corruption — Acts of dishonesty that can lead to the payment of bribery and gratuities to companies, private individuals, and/or public officials, the receipt of bribes and kickbacks, and aiding and abetting fraud by other parties.

Roles/Responsibilities Management is responsible for the detection and prevention of fraud, misappropriations, and other irregularities. All employees are responsible for the reporting of suspected dishonest or fraudulent activity as it becomes known. Any irregularity that is detected or suspected must be reported immediately to the anonymous and confidential hotline, Human

15

72585504;2

Resources Department, or the President of the respective HAHC/HETC divisions. All incidents will be investigated by general counsel and other officials and remain anonymous and confidential.

Results of Investigation Positive confirmation of fraudulent activity will result in termination, as the Company supports a "zero tolerance" policy for the committal of fraud.

16

72585504;2

## Acknowledgement of Receipt of Fraud Policy
(To be completed annually by all employees)

I have received and read the HEICO Fraud Policy and understand the guidelines in the Policy. I understand that I will be required to sign this acknowledgement of receipt of the current Fraud Policy on an annual basis in conjunction with my acknowledgement of the receipt of the Code of Business Conduct as requested by the Company.

If I have any questions concerning the meaning or application of the Fraud Policy, I know I can consult my manager or supervisor, the Human Resources department, legal counsel, or the anonymous and confidential hotline as applicable knowing that my questions or reports to these sources will be maintained in confidence.

Signed_____

Employee Name____ Jason Savaria_____

Subsidiary and Department____Engineering_____

Date____6/20/24_____

17

72585504;2