# Exhibit 1































































